1  Eric D. Houser (SBN 130079)
   ehouser@houser-law.com
2  Denetta EJ Scott (SBN 236899)
3  dscott@houser-law.com
   HOUSER & ALLISON
4  A Professional Corporation
5  9970 Research Drive
   Irvine, CA 92618
6  Tel: (949) 679-1111
7  Fax: (949) 679-1112

8  Attorneys for Defendants
9  WESTERN PROGRESSIVE, LLC; OCWEN LOAN SERVICING, LLC AND
   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, UNDER POOLING
10 AND SERVICING AGREEMENT DATED AS OF MAY 1, 2005 ASSET-
11 BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE1

12         **UNITED STATES DISTRICT COURT FOR THE**
13      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| 14 | RONNY JAO | Case No.: 2:11-cv-05890-DMG-DTB |
|---|---|---|
| 15 | Plaintiff, | Hon: Dolly M. Gee |
| 16 | | |
| 17 | vs. | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| 18 | WESTERN PROGRESSIVE, LLC; OCWEN LOAN SERVICING, LLC; US BANK NATIONAL ASSOCIATION; US BANK NATIONAL ASSOCIATION, AS TRUSTEE, UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2005 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE1 | |
| 19 | | |
| 20 | | Date:   January 20, 2012 |
| 21 | | Time:   9:30 a.m. |
| 22 | | Dept.:  7 |
| 23 | | Complaint Filed: July 18, 2011 |
| 24 | | |
| 25 | | |
| 26 | Defendant. | |

27  / / /
28  / / /

REQUEST FOR JUDICIAL NOTICE – MOTION TO DISMISS THE SECOND AMENDED COMPLAINT
1

I:\CIVIL\OCWEN\Euwjong (56614)\Pld\RJN SAC.docx

**TO THE COURT, PLAINTIFF, ALL PARTIES AND COUNSEL OF RECORD HEREIN:**

Defendants, WESTERN PROGRESSIVE, LLC ("WESTERN"); OCWEN LOAN SERVICING, LLC ("OCWEN") and  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2005 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE1 ("U.S. BANK") request the Court to take judicial notice of the following facts and documents pursuant to Federal Evidence Code § 201(b):

1. **Exhibit "1"** is a true and correct copy of the two Deeds of Trust signed by Plaintiff RONNY JAO and recorded in the Official Records of Riverside County as Document Nos. 2005-0192970 and 2005-0192971.  See Declaration of Denetta EJ Scott ("Scott Decl.") ¶ 3.  It is a public record and central to the allegations of the Complaint.

2. **Exhibit "2"** is a true and correct copy of the Notice of Default and recorded in the Official Records of Riverside County as Document No. 2011-0001465.  See Scott Decl. ¶ 4.  It is a public record and pertinent to the claims in Plaintiff's Complaint.

3. **Exhibit "3"** is a true and correct copy of the Substitution of Trustee and recorded in the Official Records of Riverside County as Document No. 2011-0161282.  See Scott Decl. ¶ 5.  It is a public record and pertinent to the claims in Plaintiff's Complaint.

4. **Exhibit "4"** is a true and correct copy of the Notice of Trustee's Sale and recorded in the Official Records of Riverside County as Document No. 2011-0161283.  See Scott Decl. ¶ 6.  It is a public record and pertinent to the claims in Plaintiff's Complaint.

5. **Exhibit "5"** is a true and correct copy of the Trustee's Deed Upon Sale and recorded in the Official Records of Riverside County as Document No.

1  2011-0389603.  See Scott Decl. ¶ 7.  It is a public record and pertinent to the
2  claims in Plaintiff's Complaint.

3    6.    **Exhibit "6"** is a true and correct copy of the Assignment to Deed of
4  Trust recorded in the Official Records of Riverside County as Document No.
5  2010-0096818.  See Scott Decl. ¶ 8.  It is a public record and pertinent to the
6  claims in Plaintiff's Complaint.

7    7.    **Exhibit "7"** is a true and correct copy of the Assignment to Deed of
8  Trust recorded in the Official Records of Riverside County as Document No.
9  2011-0092894.  See Scott Decl. ¶ 9.  It is a public record and pertinent to the
10 claims in Plaintiff's Complaint.

12 Dated:  December 9, 2011            HOUSER & ALLISON
13                                     A Professional Corporation

15                                     /s/ Denetta EJ Scott
16                                     Eric Houser
17                                     Denetta EJ Scott
                                       Attorney for Defendants
18                                     WESTERN PROGRESSIVE, LLC;
                                       OCWEN LOAN SERVICING, LLC AND
19                                     U.S. BANK NATIONAL ASSOCIATION,
20                                     AS TRUSTEE, UNDER POOLING AND
                                       SERVICING AGREEMENT DATED AS
21                                     OF MAY 1, 2005 ASSET-BACKED PASS-
22                                     THROUGH CERTIFICATES, SERIES
                                       2005-HE1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) SS
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On December 9, 2011, I served the following document(s) described as follows:

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

On the following interested parties in this action:

Ronny Jao
6787 Theresa Street
Mira Loma, CA 91752
(951) 526-5711

☒ BY FIRST CLASS MAIL—I hereby certify that I served the attached document(s) by U.S. First Class Mail on the following, who are not registered participants of the CM/ECF System. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on December 9, 2011 at Irvine, California.

_____
Courtney Hershey