UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 11-05890 DMG (DTBx)** | Date | April 19, 2012 |
| Title | ***Ronny Jao v. Western Progressive LLC*** | Page | 1 of 1 |

Present: The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| VALENCIA VALLERY | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiff has not filed a third amended complaint and the March 20, 2012 deadline to do so has passed. Therefore, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. Plaintiff shall file his response by no later than **April 26, 2012**.

**IT IS SO ORDERED.**